IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00205-MR-WCM

UNITED STATES, *ex rel.* BRUCE S. PERLMAN, M.D., bringing this action upon behalf of the UNITED STATES OF AMERICA, and the STATE OF NORTH CAROLINA,

    Plaintiffs,

vs.

ADVENTIST HEALTH SYSTEM SUNBELT HEALTHCARE CORPORATION; FLETCHER HOSPITAL, INCORPORATED, d/b/a PARK RIDGE HEALTH; 21ST CENTURY ONCOLOGY, LLC; RADIATION THERAPY ASSOCIATES OF WESTERN NORTH CAROLINA, P.A.; and NORTH CAROLINA RADIATION THERAPY MANAGEMENT SERVICES, LLC,

    Defendants.

**O R D E R**

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [Doc. 23] and the Government's Notice of Consent to Voluntary Dismissal [Doc. 24].

Bruce S. Perlman, M.D. ("Relator") has provided notice that he wishes to voluntarily dismiss this action. [Doc. 23]. As required by 31 U.S.C. § 3730(b)(1), both the United States of America and the State of North Carolina

have provided notice to the Court that they consent to the dismissal of this action without prejudice. [Doc. 24].

Upon review of the parties' filings, and in light of the consent of both the United States of America and the State of North Carolina, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Court approves the Relator's voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1).

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: June 4, 2020

Martin Reidinger
Chief United States District Judge